UNITED STATE DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CRISTIAN HUMBERTO JEREZ ANDRADE<br><br>                Petitioner,<br><br>  -against-<br><br>DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PATRICIA HYDE, IN HER OFFICIAL CAPACITY AS ACTING BOSTON FIELD OFFICE DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; DAVID W. JOHNSTON IN HIS OFFICIAL CAPACITY AS VERMONT SUB-OFFICE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; RODNEY SCOTT, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER FOR U.S. CUSTOMS AND BORDER PROTECTIONS; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE; AND PAMELA BONDI, IN HER OFFICIAL CAPACITY AS U.S. ATTORNEY GENERAL; GREG HALE, SUPERINTENDENT, NORTHWEST STATE CORRECTIONAL FACILITY – SAINT ALBANS,<br><br>              Respondents. | Case No:<br><br>2:26-cv-69 |

## **ORDER**

    In order to preserve this Court's jurisdiction based on the inherent equitable powers of this Court, and pursuant to the All-Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, CRISTIAN HUMBERTO JEREZ ANDRADE, not be removed from the United States or moved out of the territory of the District of Vermont pending further order of this Court.

                                                            /s/ William K. Sessions III
                                                            _dated 3/12/2026 at 9:31 a.m._

                                                                 U.S. District Judge