UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


CRISTIAN HUMBERTO JEREZ ANDRADE,   )
                                      )
            Petitioner,      )
                                      )
       v.                   )    Case No. 2:26-cv-69
                                      )
DONALD J. TRUMP, IN HIS OFFICIAL   )
CAPACITY AS PRESIDENT OF THE     )
UNITED STATES; PATRICIA HYDE, IN  )
HER OFFICIAL CAPACITY AS ACTING   )
BOSTON FIELD OFFICE DIRECTOR,    )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT, ENFORCEMENT AND     )
REMOVAL OPERATIONS; DAVID W.     )
JOHNSTON IN HIS OFFICIAL CAPACITY )
AS VERMONT SUB-OFFICE DIRECTOR OF )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT, ENFORCEMENT AND     )
REMOVAL OPERATIONS; TODD M.      )
LYONS, IN HIS OFFICIAL CAPACITY   )
AS ACTING DIRECTOR, U.S.        )
IMMIGRATION AND CUSTOMS         )
ENFORCEMENT; RODNEY SCOTT, IN HIS )
OFFICIAL CAPACITY AS ACTING     )
COMMISSIONER FOR U.S. CUSTOMS AND )
BORDER PROTECTIONS; KRISTI NOEM,  )
IN HER OFFICIAL CAPACITY AS     )
SECRETARY OF THE UNITED STATES   )
DEPARTMENT OF HOMELAND SECURITY;  )
MARCO RUBIO, IN HIS OFFICIAL    )
CAPACITY AS SECRETARY OF STATE;   )
PAMELA BONDI, IN HER OFFICIAL    )
CAPACITY AS U.S. ATTORNEY       )
GENERAL; AND GREG HALE,         )
SUPERINTENDENT, NORTHWEST STATE   )
CORRECTIONAL FACILITY—SAINT     )
ALBANS,                       )

           Respondents.

## **ORDER**

The Court ORDERS that a status conference and detention hearing in this case is to be held on Tuesday, March 17, 2026 at 10:00 a.m.  The Court hereby ORDERS that the Respondents shall produce the Petitioner in person at this hearing.

Dated at Burlington, in the District of Vermont, this 16th day of March 2026.

/s/ William K. Sessions III
Hon. William K. Sessions III
United States District Court