UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT


CRISTIAN HUMBERTO JEREZ ANDRADE,    )
                                    )
                 Petitioner,        )
                                    )
        v.                          )      Case No. 2:26-cv-69
                                    )
DONALD J. TRUMP, IN HIS OFFICIAL    )
CAPACITY AS PRESIDENT OF THE        )
UNITED STATES; PATRICIA HYDE, IN    )
HER OFFICIAL CAPACITY AS ACTING     )
BOSTON FIELD OFFICE DIRECTOR,       )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT, ENFORCEMENT AND        )
REMOVAL OPERATIONS; DAVID W.        )
JOHNSTON IN HIS OFFICIAL CAPACITY   )
AS VERMONT SUB-OFFICE DIRECTOR OF   )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT, ENFORCEMENT AND        )
REMOVAL OPERATIONS; TODD M.         )
LYONS, IN HIS OFFICIAL CAPACITY     )
AS ACTING DIRECTOR, U.S.            )
IMMIGRATION AND CUSTOMS             )
ENFORCEMENT; RODNEY SCOTT, IN HIS   )
OFFICIAL CAPACITY AS ACTING         )
COMMISSIONER FOR U.S. CUSTOMS AND   )
BORDER PROTECTIONS; KRISTI NOEM,    )
IN HER OFFICIAL CAPACITY AS         )
SECRETARY OF THE UNITED STATES      )
DEPARTMENT OF HOMELAND SECURITY;    )
MARCO RUBIO, IN HIS OFFICIAL        )
CAPACITY AS SECRETARY OF STATE;     )
PAMELA BONDI, IN HER OFFICIAL       )
CAPACITY AS U.S. ATTORNEY           )
GENERAL; AND GREG HALE,             )
SUPERINTENDENT, NORTHWEST STATE     )
CORRECTIONAL FACILITY—SAINT         )
ALBANS,                             )

                 Respondents.

## Order

Pursuant to the parties' Status Report and Joint Motion to Cancel Hearing (ECF No. 17) stating that Petitioner had a bond hearing on March 19, 2026, and was granted bond and released later that day, the Court ORDERS that the hearing set in this case for March 26, 2026 is cancelled.

The parties shall submit a joint proposed final judgment to the Court.

DATED at Burlington, in the District of Vermont, this 26th day of March 2026.

/s/ William K. Sessions III__
Hon. William K. Sessions III
United States District Court

2